## LAURA ANN KRACK *v.* ACTION MOTORS CORPORATION

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 687 (AC 24876), is denied.

*Joseph DaSilva, Neal P. Rogan* and *Marc J. Grenier,* in support of the petition.

*Richard F. Wareing,* in opposition.

Decided April 12, 2005

## IN RE NASHIAH C.

The petition by the respondent mother for certification for appeal from the Appellate Court, 87 Conn. App. 210 (AC 25098), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Denise P. Ansell,* in support of the petition.

*Clare E. Kindall,* assistant attorney general, in opposition.

Decided April 12, 2005